

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00667-CR

Raymond Sandoval **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 383282
Honorable Timothy Johnson, Judge Presiding[1]

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

---

[1] The Honorable Genie Wright is the presiding judge in County Court at Law No. 7. The Honorable Timothy Johnson, sitting as visiting judge, presided over the trial.